**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| KATHERINE R. DAUPHIN,        ) | |
|        ) | |
| Plaintiff,        ) | |
|        ) | |
| v.        ) | Civil Action No.  1:15CV00149 |
|        ) | (LO/TCB) |
| LOUIS A. JENNINGS, et al,        ) | |
|        ) | |
| Defendants.        ) | |
|        ) | |

**NOTICE OF ATTORNEY'S CHARGING LIEN**

To:   Hon. Paul F. Sheridan, Special Master
c/o The McCammon Group
6641 West Broad Street, Suite 400
Richmond, Virginia 23230

Katherine R. Dauphin
*Plaintiff*
c/o Stephen G. Cochran, Esq.
Caitlin Lhommedieu, Esq.
ROEDER & COCHRAN, PLLC
8280 Greensboro Drive, Suite 601
McLean, VA 22102
*Counsel for Plaintiff*

Louis A. Jennings, Jr.
*Defendant*
8502 Willow Wish Court
Orlando, FL 32835

Michael Jennings
*Third Party*
c/o Timothy Hyland, Esq.
HYLAND LAW, PLLC
1818 Library Street
Suite 500
Reston, VA 20190
*Counsel for Third Party Michael Jennings*

1

Beverly Hennager
*Defendant*
315 Wood Lane
Corvallis, MT 59828

YOU ARE HEREBY NOTIFIED that pursuant to the provisions of § 54.1-3932 of the 1950 Code of Virginia, the FISKE LAW GROUP, PLLC claims an Attorney's Charging Lien upon all of the monies, properties, choses in action, claims and demands in suit, and upon any monies or property which may be awarded to Defendant, BEVERLY L. HENNAGER, in this matter, upon any money or other property due to BEVERLY L. HENNAGER in the hands of the Special Master, and all other property in any way involved in this proceeding. The claim of this charging lien is imposed against, but not limited to, the following property located in Virginia:

BEVERLY L. HENNAGER's share of the net proceeds of sale of three parcels of realty reported by the Special Master in his December 22, 2016 Status Report to the Court in the amount of $10,186,665.89.

As grounds therefore, the undersigned states as follows:

1.      That the FISKE LAW GROUP, PLLC was retained by Defendant, BEVERLY L. HENNAGER, on September 11, 2015 to represent her in the above-captioned suit.

2.      That the terms and conditions on which the FISKE LAW GROUP, PLLC agreed to represent the Complainant are set forth in the Engagement Agreement between the parties dated September 11, 2015, a copy of which is attached hereto as "Exhibit A."

3.      That BEVERLY L. HENNAGER accrued legal bills related to these services, with no payments beyond her initial retainer of $10,000 having been

paid to the FISKE LAW GROUP, PLLC.  Monthly invoices with detailed time entries and specification of costs were emailed to BEVERLY L. HENNAGER by undersigned counsel during the representation.

4.    That on September 13, 2016, the Court granted the Motion to Withdraw filed by the FISKE LAW GROUP, PLLC.

5.    That fees and costs incurred by the FISKE LAW GROUP, PLLC in this matter since September 11, 2015 remain outstanding.

6.    At the direction of the Court, on September 16, 2016 the FISKE LAW GROUP, PLLC filed a Statement of Fees incurred since September 10, 2015, the date of the Settlement Agreement reached between and among the partners in the Jennings Family Limited Partnership.  BEVERLY L. HENNAGER did not object to the Statement of Fees.

7.    That as of January 9, 2016, BEVERLY L. HENNAGER is indebted to the FISKE LAW GROUP, PLLC in the amount of $90,159.11 for fees and costs pursuant to the Engagement Agreement.  This sum reflects credit for all payments by BEVERLY L. HENNAGER up to the date of this Notice.

WHEREFORE, by this Notice, the FISKE LAW GROUP, PLLC hereby claims an Attorney's Charging Lien in the amount of $90,159.11.


Dated: January 9, 2017

Respectfully submitted:


_____/s/_____
David G. Fiske (VSB # 14511)
FISKE LAW GROUP, PLLC
100 North Pitt Street, Suite 206
Alexandria, Virginia 22314
Telephone: (703) 518-9910
Facsimile: (703) 518-9931
dfiske@fiskelawgroup.com


## **VERIFICATION**

I am the attorney named above.  I have read the attached Notice, and am familiar with its contents.  At all times relevant to the Notice, I was and have been licensed to practice law in the Commonwealth of Virginia.  To the best of my knowledge, the contents of the Notice are true.



_____/s/_____
David G. Fiske (VSB # 14511)
FISKE LAW GROUP, PLLC
100 North Pitt Street, Suite 206
Alexandria, Virginia 22314
Telephone: (703) 518-9910
Facsimile: (703) 518-9931
dfiske@fiskelawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2017, I caused the foregoing Notice of Attorney's Charging Lien to be filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

> Stephen G. Cochran, Esq.
> Caitlin Lhommedieu, Esq.
> ROEDER & COCHRAN, PLLC
> 8280 Greensboro Drive, Suite 601
> McLean, VA 22102
> *Counsel for Plaintiff Katherine R. Dauphin*

> Timothy Hyland, Esq.
> HYLAND LAW, PLLC
> 1818 Library Street
> Suite 500
> Reston, VA 20190
> *Counsel for Third Party Michael Jennings*

I further certify that a copy of the foregoing was sent via electronic mail and U.S. Mail to:

> Louis A. Jennings, Jr.
> 8502 Willow Wish Court
> Orlando, FL 32835
> laj@cfl.rr.com
> *Pro se Defendant*

> Beverly L. Hennager
> 315 Wood Lane
> Corvallis, MT 59828
> b@nefferdun.myrf.net

> Kathleen J.L. Holmes
> HOLMES COSTIN & MARCUS PLLC
> 301 N. Fairfax Street, Suite 202
> Alexandria, VA  22314
> kholmes@hcmlawva.com

> _____/s/_____
> David G. Fiske (VSB # 14511)