IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KATHERINE R. DAUPHIN,<br><br>   *Plaintiff*,<br><br>v.<br><br>LOUIS A. JENNINGS AND BEVERLY L. HENNAGER,<br><br>   *Defendants*. | Civil Action No. 1:15-cv-149 |

## ORDER

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Buchanan dated February 8, 2017, Dkt. No. 286, and the Report and Recommendation of Magistrate Judge Buchanan dated February 15, 2017. Dkt. No. 298.

For the reasons stated in the accompanying memorandum opinion, the Court hereby ADOPTS the February 8 Report and Recommendation of Magistrate Judge Buchanan, Dkt. No. 286, and ADOPTS the February 15 Report and Recommendation. Dkt. No. 296.

It is further ORDERED that Defendant Jennings' Motion to Compel Arbitration, Dkt. No. 282, is DENIED and Defendant Jennings' Motion for Leave to File a Sur-Reply is GRANTED. Dkt. No. 325.

March __, 2017
Alexandria, VA

/s/
Liam O'Grady
United States District Judge