IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KATHERINE R. DAUPHIN, *Plaintiff*, v. LOUIS A. JENNINGS AND BEVERLY L. HENNAGER, *Defendants*. | Civil Action No. 1:15-cv-149 Hon. Liam O'Grady Hon. Theresa Buchanan |

## ORDER

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Buchanan dated May 5, 2017. (Dkt. No. 396).

For the reasons stated in the accompanying memorandum opinion, the Court **ADOPTS** the May 5 Report and Recommendation. Further, Interested Party Michael Jennings' Supplemental Motion for Attorney's Fees (Dkt. No. 312) is **GRANTED IN PART**. The Court instructs Judge Sheridan to pay $67,696.50 to Harris, St. Laurent & Chaudhry LLP and $176,614.49 to Roeder & Cochran PLLC from the undistributed share of the assets of the Kay Jennings Family Limited Partnership.

It is **SO ORDERED.**

June 8, 2017
Alexandria, Virginia

Liam O'Grady
United States District Judge