**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| KATHERINE R. DAUPHIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOUIS A. JENNINGS, JR., )<br>   and )<br>BEVERLY L. HENNAGER, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:15-cv-149<br>LO/TCB |

**NOTICE OF ATTORNEYS' CHARGING LIEN**

To:    Hon. Paul F. Sheridan, Special Master
c/o The McCammon Group
6641 West Broad Street, Suite 400
Richmond, Virginia 23230

Katherine R. Dauphin
*Plaintiff*
c/o Stephen G. Cochran, Esq.
Caitlin Lhommedieu, Esq.
ROEDER & COCHRAN, PLLC
8280 Greensboro Drive, Suite 601
McLean, VA 22102
*Counsel for Plaintiff*

Louis A. Jennings, Jr.
*Defendant*
8502 Willow Wish Court
Orlando, Florida 32835
Phone: 407-532-6350
Email: renaejennings@cfl.rr.com
*Defendant Pro Se*

Michael Jennings
*Third Party*
c/o Timothy Hyland, Esq.
HYLAND LAW, PLLC
1818 Library Street
Suite 500
Reston, VA 20190
*Counsel for Third Party Michael Jennings*

Beverly Hennager
*Defendant pro se*
315 Wood Lane
Corvallis, MT 59828

YOU ARE HEREBY NOTIFIED that pursuant to the provisions of Virginia Code § 54.1-3932, TROUTMAN SANDERS LLP claims an Attorneys' Charging Lien upon all of the monies, properties, choses in action, claims and demands in suit, and upon any monies or property which may be awarded to Defendant BEVERLY L. HENNAGER, in this matter, and upon any money or other property due to BEVERLY L. HENNAGER in the hands of the Special Master.. The claim of this charging lien is imposed against, but not necessarily limited to, the following property located in Virginia:

> BEVERLY L. HENNAGER's share of the net proceeds of sale of three parcels of realty reported by the Special Master in his December 22, 2016 Status Report to the Court, said proceeds being in the amount of $10,186,665.89; and

> BEVERLY L. HENNAGER's share of the net proceeds of the Assignment of the leasehold interest of Kay Jennings Family Limited Partnership to DAMN, LLC, reported by the Special Master in his June 14, 2017 Motion to Approve Payment of Expenses and Disburse Funds from Closing of Assignment Agreement to the Court, said proceeds being in the amount of $2,400,000.00.

As grounds therefore, the undersigned states as follows:

1.     TROUTMAN SANDERS LLP was retained by BEVERLY L. HENNAGER, on January 12, 2017 to represent her in the above-captioned suit.

2. The terms and conditions on which TROUTMAN SANDERS LLP agreed to represent BEVERLY L. HENNAGER are set forth in a certain Engagement Agreement between the parties dated January 12, 2017, a copy of which is filed herewith, under seal, as **Exhibit A**.

3. BEVERLY L. HENNAGER accrued legal bills related to these services totaling $81,409.51, with no payments having been paid to TROUTMAN SANDERS LLP, apart from her initial $5,000.00 retainer, resulting in a total amount owed of $76,409.51. Monthly invoices with detailed time entries and specification of costs were emailed to BEVERLY L. HENNAGER by undersigned counsel during the representation and, after counsel made certain reductions requested by her, emailed again after the representation ended.

4. On May 3, 2017, the Court granted the Motion to Withdraw as counsel for BEVERLY L. HENNAGER filed by TROUTMAN SANDERS LLP, said withdrawal being requested by her.

5. Fees and costs incurred by the TROUTMAN SANDERS LLP in this matter since January 12, 2017, remain outstanding. A Statement of Fees incurred since January 12, 2017 is filed herewith, under seal, as **Exhibit B**. As of the date of this filing, August 1, 2017, BEVERLY L. HENNAGER is indebted to TROUTMAN SANDERS LLP in the amount of $76,409.51 for fees and costs pursuant to the Engagement Agreement.

WHEREFORE, by this Notice, TROUTMAN SANDERS LLP hereby claims an Attorney's Charging Lien in the amount of $76,409.51.

                                                       /s/ Stephen C. Piepgrass
Stephen C. Piepgrass (VSB No. 71361)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Phone: (804) 697-1320
Fax:  (804) 698-5147
Email: stephen.piepgrass@troutmansanders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of August, 2017, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

>Stephen G. Cochran
>Caitlin K. Lhommedieu
>ROEDER & COCHRAN PLLC
>8280 Greensboro Drive, Suite 601
>McLean, VA  22102
>Phone: 703-749-6034
>Fax: 703-749-6027
>Email:  scochran@rchlaw.net
>          cklhommedieu@gmail.com
>*Counsel for Plaintiff Katherine R. Dauphin*
>
>Timothy Hyland, Esq.
>Elizabeth Dwyer, Esq.
>HARRIS, ST. LAURENT & CHAUDHRY LLP
>1818 Library Street, Suite 500
>Reston, VA  20190
>Phone: 703-956-3566
>Fax: 703-935-0349
>Email: thyland@sc-harris.com
>*Counsel for Third Party Michael Jennings*
>
>and
>
>Louis A. Jennings, Jr.
>8502 Willow Wish Court
>Orlando, FL  32835
>Phone: 407-532-6350
>Email: renaejennings@cfl.rr.com
>*Defendant Pro Se*
>
>Beverly L. Hennager
>315 Wood Lane
>Corvallis, MT  59828
>*Defendant Pro Se*

I further certify that a copy of the foregoing was sent to: (i) Beverly Hennager at b@nefferdun.myrf.net; (ii) Renae Jennings at renaejennings@cfl.rr.com and Louis Jennings at laj@cfl.rr.com; and (iii) the Special Master, the Honorable Paul Sheridan, via electronic mail to the case managers, Ann Revercomb at ARevercomb@mccammongroup.com and Hunter Blair, at HBlair@mccammongroup.com.

4

        /s/ Stephen C. Piepgrass
Stephen C. Piepgrass (VSB No. 71361)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA  23219
Telephone No.: (804) 697-1320
Facsimile No.:  (804) 698-5147
Email: stephen.piepgrass@troutmansanders.com